AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>GERARDO RODRIGUEZ<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        1:26-MJ-11<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 30, 2025_____ in the county of _____Jefferson_____ in the
_____Eastern_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a Machinegun. |

This criminal complaint is based on these facts:

Please see attached sheet.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF-Special Agent, Matthew Valdez
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___Feb 11, 2026___

_____
*Judge's signature*

City and state: _____Beaumont, Texas_____    Christine L. Stetson, United States Magistrate Judge
*Printed name and title*